UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW WHITFIELD,<br><br>   Plaintiff,<br><br>  v.<br><br>INTRICON CORP., PHILIP L. SMITH, NICHOLAS A. GIORDANO, MARK GORDER, RAYMOND HUGGENBERGER, SCOTT LONGVAL, KATHLEEN PEPSKI, and HEATHER RIDER,<br><br>   Defendants. | )<br>)<br>)<br>)<br>) Case No. 1:22-cv-02261<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: July 14, 2022          **RIGRODSKY LAW, P.A.**

              By:  */s/ Gina M. Serra*
                Gina M. Serra
                825 East Gate Boulevard, Suite 300
                Garden City, NY 11530
                (516) 683-3516
                gms@rl-legal.com

                *Attorneys for Plaintiff*